| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ALCIDE LEWIS, SR. and § 
LILLIE A. LEWIS, §
 §
      Plaintiffs, §
 §
versus §   CIVIL ACTION NO. 1:12-cv-129
 §
GMAC MORTGAGE, LLC et al., §
 §
      Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 on March 16, 2012. The court has received and considered the report (Docket No. 55) of the United States magistrate judge, who recommends that the court grant Defendant Carolyn Ciccio's "Motion to Dismiss" (Docket No. 11), dismissing Ciccio from this lawsuit without prejudice and allowing Plaintiffs leave to file a Fourth Amended Complaint. No objections to the report and recommendation have been filed. The court's independent review confirms that the magistrate judge's analysis is correct.

The report and recommendation of the magistrate judge is **ADOPTED**; Defendant's "Motion to Dismiss" (Docket No. 11) is **GRANTED**; and Plaintiffs are given leave to file a Fourth Amended Complaint.

SIGNED at Beaumont, Texas, this 22nd day of August, 2012.

                                                               MARCIA A. CRONE
                                                  UNITED STATES DISTRICT JUDGE